UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN WASHINGTON, individually and on behalf of the class defined herein, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTH STAR CAPITAL ACQUISITION LLC, )<br>)<br>Defendant. ) | Case No.: 08 CV 2823<br><br>Judge Kocoras |

**AGREED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, North Star Capital Acquisition, LLC ("North Star") by and through its attorneys David M. Schultz and Corinne C. Heggie pursuant to Rule 6 for its Agreed Motion for an Enlargement of Time to file its responsive pleading to plaintiff's Complaint, states as follows:

1.  On May 15, 2008, plaintiff filed a class action Complaint against defendant alleging that defendant violated the Fair Debt Collection Practices Act, ("FDCPA").

2.  Defendant was served on or about May 20, 2008. Defendant's responsive pleading is due Monday, June 9, 2008.

3.  Defense counsel has recently been retained and needs additional time to analyze the issues in this matter, confer with its client and prepare the appropriate response. Defense counsel is contemporaneously filing an appearance with this motion.

4.  Defense counsel has discussed the additional time with counsel for the plaintiff and counsel for the plaintiff has no objection.

5.  This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

WHEREFORE, Defendant, North Star Capital Acquisition, LLC, respectfully, requests that this Court grant it an additional 23 days, up to and including July 2, 2008, to file its responsive pleading to plaintiff's Complaint.

Respectfully Submitted,

 s/Corinne C. Heggie
One of the attorneys for
North Star Capital Acquisition, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000