UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN WASHINGTON, individually and on behalf of the class defined herein, <br><br> Plaintiff, <br><br> v. <br><br> NORTH STAR CAPITAL ACQUISITION LLC, <br><br> Defendant. | Case No.: 08 CV 2823 <br><br> Judge Kocoras |

**CERTIFICATE OF SERVICE**

    I, the undersigned, an attorney, on oath state that on June 5, 2008 I served the above and foregoing Appearance, Agreed Motion for an Enlargement of Time and Notice of Motion via electronic mail to the following:

Thomas Soule
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th fl.
Chicago, Illinois 60603
tsoule@edcombs.com

                                            Respectfully Submitted,

                                             s/Corinne C. Heggie
                                            One of the attorneys for
                                            North Star Capital Acquisition, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000