UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ben Washington
                                                 Plaintiff,

v.                                                       Case No.: 1:08−cv−02823
                                                             Honorable Charles P. Kocoras

North Star Capital Acquisition LLC
                                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Motion hearing held on 6/17/2008. Plaintiff's motion for class certification is denied without prejudice as premature. Status hearing set for 7/31/2008 at 9:30 a.m. to stand. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.