UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN WASHINGTON, individually and on behalf of the class defined herein,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NORTH STAR CAPITAL ACQUISITION LLC,  )<br>)<br>Defendant.  ) | Case No.: 08 CV 2823<br><br>Judge Kocoras |

## NOTICE OF MOTION

To: Thomas Soule
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle St., 18th fl.
Chicago, Illinois 60603
tsoule@edcombs.com

    PLEASE TAKE NOTICE that on the **1st day of July, 2008 at 9:30 A.M.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Charles P. Kocoras or any Judge sitting in his stead in Courtroom 1725 of the Dirksen Federal Building, and shall then and there present Defendant's Agreed Motion for an Enlargement of Time, a copy of which is hereby served upon you.

    Respectfully Submitted,

    _s/Corinne C. Heggie
    One of the attorneys for
    North Star Capital Acquisition, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000