UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN WASHINGTON, individually and on behalf of the class defined herein, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTH STAR CAPITAL ACQUISITION LLC, )<br>)<br>Defendant. ) | Case No.: 08 CV 2823<br><br>Judge Kocoras |

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, on oath state that on **June 27, 2008** I served the above and foregoing **Agreed Motion for an Enlargement of Time and Notice of Motion** via electronic mail to the following:

Thomas Soule
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th fl.
Chicago, Illinois 60603
tsoule@edcombs.com

                                          Respectfully Submitted,

                                          _s/Corinne C. Heggie_
                                          One of the attorneys for
                                          North Star Capital Acquisition, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000