UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN WASHINGTON, individually and on behalf of the class defined herein,<br><br>   Plaintiff,<br><br>v.<br><br>NORTH STAR CAPITAL ACQUISITION LLC,<br><br>   Defendant. | Case No.: 08 CV 2823<br><br>Judge Kocoras |

**NOTICE OF MOTION**

To: Thomas Soule
   Edelman Combs Latturner & Goodwin, LLC
   120 S. LaSalle St., 18th fl.
   Chicago, Illinois 60603
   tsoule@edcombs.com

  PLEASE TAKE NOTICE that on the **29th day of July, 2008 at 9:30 A.M.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Charles P. Kocoras or any Judge sitting in his stead in Courtroom 1725 of the Dirksen Federal Building, and shall then and there present **Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(B)(6)** and **Memorandum In Support Of Rule 12(B)(6) Motion to Dismiss**, copies of which are hereby served upon you.

             Respectfully Submitted,

              _s/Corinne C. Heggie
              One of the attorneys for
              North Star Capital Acquisition, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000