UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN WASHINGTON, individually and on behalf of the class defined herein,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NORTH STAR CAPITAL ACQUISITION LLC,<br><br>　　　　　Defendant. | Case No.: 08 CV 2823<br><br>Judge Kocoras |

## CERTIFICATE OF SERVICE

　　　I, the undersigned, an attorney, on oath state that on **July 25, 2008** I served the above and foregoing **Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(B)(6), Memorandum In Support Of Rule 12(B)(6) Motion to Dismiss** and **Notice of Motion** via electronic mail to the following:

Thomas Soule
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th fl.
Chicago, Illinois 60603
tsoule@edcombs.com

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　 s/Corinne C. Heggie
　　　　　　　　　　　　　　　　　　　　One of the attorneys for
　　　　　　　　　　　　　　　　　　　　North Star Capital Acquisition, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000