**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ben Washington

                                Plaintiff,

v.                                                         Case No.: 1:08−cv−02823
                                                                   Honorable Charles P. Kocoras

North Star Capital Acquisition LLC

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Motion hearing held on 7/29/2008. Answer to defendant's motion [27] to dismiss is due 8/12/2008. Reply is due 8/19/2008. Ruling set for 9/17/2008 at 9:30 a.m. Status hearing set for 7/31/2008 is stricken. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.