UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN WASHINGTON, individually and on behalf of the class defined herein, ) ) ) Plaintiff, ) ) v. ) ) NORTH STAR CAPITAL ACQUISITION ) LLC, ) ) Defendant. ) | Case No.: 08 CV 2823 Judge Kocoras |

### CERTIFICATE OF SERVICE

     I, the undersigned, an attorney, on oath state that on **August 19, 2008** I served the above and foregoing **Reply In Support Of Motion To Dismiss** via electronic mail to the following:

Thomas Soule
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th fl.
Chicago, Illinois 60603
tsoule@edcombs.com

                                        Respectfully Submitted,

                                         s/Corinne C. Heggie
                                         One of the attorneys for
                                         North Star Capital Acquisition, LLC

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000